UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BORIS FIELDMAN, Derivatively on Behalf of the MFS MID CAP GROWTH FUND and the MASSACHUSETTS INVESTOR TRUST,<br><br>    Plaintiff,<br>    v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY, et al.,<br><br>    Defendants<br>    and<br><br>MFS MID CAP GROWTH FUND, et al.,<br><br>    Nominal Defendants | No. 04-10452-NG |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey B. Rudman, William H. Paine, and Jonathan A. Shapiro, Hale and Dorr LLP, on behalf of defendants Massachusetts Financial Services Company and Sun Life Financial Inc.

    Respectfully Submitted,

    MASSACHUSETTS FINANCIAL
    SERVICES COMPANY and SUN LIFE
    FINANCIAL INC.,

    By their attorneys,

    /s/ Jonathan A. Shapiro
    Jeffrey B. Rudman (BBO #433380)
    William H. Paine (BBO #550506)
    Jonathan A. Shapiro (BBO #567838)

-2-

                                                Hale and Dorr LLP
                                                60 State Street
                                                Boston, MA  02109
                                                (617) 526-6000

April 6, 2004

-2-

-3-

## CERTIFICATE OF SERVICE

I, Jonathan A. Shapiro, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| David Pastor<br>Peter Lagorio<br>Gilman & Pastor, LLP<br>Stonehill Corporate Center<br>999 Broadway, Suite 500<br>Saugus, MA  01906 | Nadeem Faruqi<br>Shane Rowley<br>Antonio Vozzolo<br>David Leventhal<br>Faruqi & Faruqi, LLP<br>320 East 39th Street<br>New York, NY 10016 |
| John D. Donovan, Jr.<br>Jane Willis<br>Carisa Kleymeyer<br>Ropes & Gray<br>One International Place<br>Boston, MA 02110-2624 | Brian I. Robbins<br>Jeffrey P. Fink<br>Robbins Umeda & Fink, LLP<br>1010 Second Avenue, Suite 2360<br>San Diego, CA 92101 |

/s/ Jonathan A. Shapiro_____
Jonathan A. Shapiro

Dated:  April 6, 2004