◎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of
MASSACHUSETTS

BORIS FIELDMAN, derivatively on behalf of
the MFS MID CAP GROWTH FUND and the
MASSACHUSETTS INVESTOR TRUST
             V.
MASSACHUSETTS FINANCIAL SERVICES
COMPANY, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-10452NG

TO: (Name and address of Defendant)  J. Atwood Ives
c/o Massachusetts Financial Services Company
500 Boylston Street
Boston, MA   02116

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter A. Lagorio
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA   01906

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                          MAR  5 2004
_____                         _____
CLERK                                                 DATE

_____
(By) DEPUTY CLERK

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

April 25, 2004
I hereby certify and return that on 3/19/2004 at 12:05:00 PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to G.McDougail,Security, agent, person in charge at the time of service for J. Atwood Ives, at , 500 Boylston Street, c/o Mass Financial Services Company Boston, MA 02116. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

Deputy Sheriff John E. O'Brien

Deputy Sheriff

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ Date ______ *Signature of Server*

______ *Address of Server*