AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

BORIS FIELDMAN, derivatively on behalf of the MFS MID CAP GROWTH FUND and the MASSACHUSETTS INVESTOR TRUST

V.

MASSACHUSETTS FINANCIAL SERVICES COMPANY, ET AL.

SUMMONS IN A CIVIL ACTION

04-10452NG

CASE NUMBER:

TO: (Name and address of Defendant)

Ward Smith
c/o Massachusetts Financial Services Company
500 Boylston Street
Boston, MA  02116

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter Lagorio
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA  01906

an answer to the complaint which is served on you with this summons, within ____twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK  _[signature]_

(By) DEPUTY CLERK

DATE  MAR 5 2004

Deputy Sheriff    John E. O'Brien

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.
April 25, 2004

I hereby certify and return that on 3/19/2004 at 12:05:00 PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to G.MacDougall,Security,agent, person in charge at the time of service for Ward Smith, at , 500 Boylston Street, c/o Mass Financial Services Company Boston, MA 02116, U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total charges $41.00

Deputy Sheriff [signature]

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.